UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOLAN FRANKLIN (#93892)

VERSUS                                            CIVIL ACTION

BURL CAIN, ET AL                                  NUMBER 09-397-JJB-SCR

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.
    In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, August 3, 2009.

                              STEPHEN C. RIEDLINGER
                              UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DOLAN FRANKLIN (#93892)

VERSUS                                               CIVIL ACTION

BURL CAIN, ET AL                                     NUMBER 09-397-JJB-SCR

SUPPLEMENTAL MAGISTRATE JUDGE'S REPORT

On July 22, 2009, a magistrate judge's report was submitted to the district judge recommending that the plaintiff's complaint be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).[1]

Plaintiff amended the complaint to identify Mrs. Jackson as the unidentified mail room employee.

For the reasons set forth in the magistrate judge's report issued July 22, 2009, the plaintiff's complaint, as amended, should be dismissed as frivolous.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint, as amended, be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Baton Rouge, Louisiana, August 3, 2009.

                                          STEPHEN C. RIEDLINGER
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 4.