UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



DOLAN FRANKLIN (#93892)

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-397-JJB-SCR

**RULING**

The court has carefully considered the complaint, the record, the law applicable to this action, and the Report of United States Magistrate Judge Stephen C. Riedlinger dated July 22, 2009 (doc. no. 4), and the Supplemental Report dated on August 3, 2009. The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the Report, the Supplemental Report and the recommendation of the magistrate judge and adopts them as the court's opinion herein. Accordingly, the above-captioned matter is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, this 31ST day of August, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA